# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

PHILLIP MURRY,

Plaintiff,

v.

CITY OF NORTH LAS VEGAS POLICE
DEPARTMENT, et al.,

Defendants.

Case No. 2:17-cv-00157-APG-CWH

**ORDER**

Presently before the Court is the parties' stipulation and request for *in camera* review (ECF No. 25), filed on February 7, 2018. The parties jointly request the Court to review Defendant Michael Booker's personnel file from the City of North Las Vegas Police Department to determine whether production of any or all of the material would be appropriate for this case.

Under Local Rule 7-2(a), all written motions submitted to the Court must be supported by a memorandum of points and authorities. Failure of a moving party to file points and authorities in support of a motion constitutes consent to the denial of the motion. Local Rule 7-2(d). The parties have not provided any points or authorities in support of their motion. Nor have they provided any explanation of the underlying incident or the need for the requested documents.

IT IS THEREFORE ORDERED that the parties' stipulation and request for *in camera* review is DENIED without prejudice.

DATED: April 2, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE