Peter Goldstein, SBN 6992
**LAW OFFICES OF PETER GOLDSTEIN**
10795 West Twain Avenue, Ste. 110
Las Vegas, Nevada 89135
Email: peter@petergoldsteinlaw.com
Tel: (702) 474-6400
Fax: (888) 400-8799

Attorney for Plaintiff
PHILLIP MURRY

# UNITED STATES DISTRICT COURT

# DISTRICT COURT FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| PHILLIP MURRY,<br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; SGT. MICHAEL BOOKER; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No. 2:17-cv-00157-APG-CWH**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case seven (7) days, up to and including April 9, 2018 for the purpose of allowing Plaintiff to depose Defendant's agent designated under FRCP 30(b)(6). In addition, the parties request that the deadline to file dispositive motions be extended accordingly as outlined herein to permit Defendants to file their motion for summary judgment. In support of this Stipulation and Request, the parties state as follows:

　**1. Discovery Completed to Date:**

　a) The Parties participated in a conference, as required by Fed. R. Civ. P. 26(f) and LR 26-1(a),

on April 26, 2017.

b) All Parties served their respective initial disclosures:

    a. Plaintiff, Phillip Murry ("Murry") served his initial disclosures on May 10, 2017;

    b. Defendants, City of North Las Vegas Police Department ("NLVPD") and Sgt. Michael Booker ("Booker") served their initial disclosures on May 30, 2017.

c) Defendants served their first supplemental disclosures on June 29, 2017.

d) Plaintiff served Defendant, NLVPD with his first written discovery requests on May 23, 2017, which included requests for admission and requests for production of documents.

e) Defendant NLVPD served its responses to Plaintiff's first written discovery requests (following an agreement among the parties to a two-week extension to the deadline for Defendant to serve its responses) on July 7, 2017.

f) Defendant City of North Las Vegas served written discovery requests in June 8, 2017. Plaintiff served responses to Defendants' first requests for production of documents and first interrogatories on July 13, 2017.

g) Plaintiff took the deposition of Sgt. Booker on July 27, 2017.

h) Defendant took the deposition of Plaintiff on July 28, 2017.

i) Plaintiff took the deposition of Sgt. Mark Suranowitz on September 27, 2017.

j) Plaintiff took the deposition of Officer Robert Knickerbocker on September 28, 2017.

k) Plaintiff took the deposition of Lt. James Brown on October 12, 2017.

l) Defendant took the deposition of Ira Weiner, M.D. on November 15, 2017.

m) Plaintiff took the deposition of Hugh Selznick, M.D. on February 1, 2018.

n) Additional written discovery has been served by Plaintiff to all Defendants and Plaintiff is awaiting further responses to the written discovery for which an extension to April 6 was agreed on March 30, 2018. A request for *in camera* review was submitted on February 7, 2018 (Document 25).

o) Defendant deposed Plaintiff's expert witness Roger Clark on March 28, 2018.

**2. Discovery Remaining:**

a) Plaintiff will depose Defendants' expert witness Ken Katsaris on Monday, April 2, 2018.

b) Plaintiff will depose Defendant CITY OF NORTH LAS VEGAS POLICE DEPARTMENT's designated 30(b)6 witness on April 9, 2018.

**3. Why Discovery has not been completed:**

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This is the fifth request made to this Court for additional time in which to conduct discovery but pertains only to conducting the remaining deposition and for Defendants to respond to outstanding written discovery.

The parties have been diligently conducting discovery and preparing for trial. The parties have also had to coordinate the depositions of two experts and the designated agent of a busy police department.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | April 2, 2018 | April 9, 2018 – FRCP 30(b)(6) Deposition and further responses to written discovery. |
| Dispositive Motions | May 2, 2018 | May 9, 2018 – for Defendants' Motion for Summary Judgment |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to complete depositions in this case and adequately prepare their respective cases for trial.

This is the fifth request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period

to and including April 9, 2018 for the purpose of allowing Plaintiff to depose Defendant's agent designated under FRCP 30(b)(6) and the dispositive motion deadline to May 9, 2018 as outlined in accordance with the table above.

| Dated: 3/30/2018<br>LAW OFFICES OF PETER GOLDSTEIN<br><br>BY: /s/ Peter Goldstein<br>Peter Goldstein Esq.,<br>Bar No. 6992<br>10795 West Twain Ave., Ste. 110<br>Las Vegas, NV 89135 | Dated: 4/2/2018<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>BY: /s/ Robert W. Freeman<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 7688<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

Dated this __ April 3 __, 2018.

_____
U.S. DISTRICT COURT JUDGE
U.S. MAGISTRATE JUDGE

4