Peter Goldstein, SBN 6992
**LAW OFFICES OF PETER GOLDSTEIN**
10795 West Twain Avenue, Ste. 110
Las Vegas, Nevada 89135
Email: peter@petergoldsteinlaw.com
Tel: (702) 474-6400
Fax: (888) 400-8799

Attorney for Plaintiff
PHILLIP MURRY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MURRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; SGT. MICHAEL BOOKER; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00157-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE HIS OPPOSITION TO CITY OF NORTH LAS VEGAS AND SGT. MICHAEL BOOKER'S MOTION FOR SUMMARY JUDGMENT FROM MAY 30 TO JUNE 4, 2019.** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Phillip Murry and Defendants, City of North Las Vegas and Sgt. Michael Booker, by and through their respective undersigned counsel, and stipulate as follows: The due date for the Plaintiff's Opposition to Defendants Motion for Summary Judgment is extended from May 30, 2018, to June 4, 2018.

**Reason for the Extension:**

　　　　Because of the complexity of the claims made in Defendants Motion for Summary Judgment Plaintiff needs additional time to file his opposition. This is

4838-1015-6380.1　　　　　　　　　　　　　　1

Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

| | |
|---|---|
| Dated:5/23/2018<br>LAW OFFICES OF PETER GOLDSTEIN<br><br>BY: /s/ Peter Goldstein<br>Peter Goldstein Esq.,<br>Bar No. 6992<br>10795 West Twain Ave., Ste. 110<br>Las Vegas, NV 89135 | Dated: 5/23/2018<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>BY:  /s/ Robert Freeman<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

Dated: May 23, 2018.

_____
UNITED STATES DISTRICT JUDGE