ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| PHILLIP MURRY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; SGT. MICHAEL BOOKER; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-157-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS CITY OF NORTH LAS VEGAS, AND SGT. MICHAEL BOOKER'S OPPOSITIONS TO PLAINTIFF'S MOTION TO COMPEL IN CAMERA REVIEW OF SGT. BOOKER'S PERSONNEL FILE AND PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Phillip Murry and Defendants, City of North Las Vegas and Sgt. Michael Booker, by and through their respective undersigned counsel, and stipulate as follows:

The due date for the NLV Defendants' Opposition to Plaintiff's Motion to Compel In Camera Review of Sgt. Booker's Personnel File (ECF No. 31) and NLV Defendants' Opposition to Plaintiff's Motion to Compel Production of Documents (ECF No. 32), be extended from May 23, 2018, to May 25, 2018.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Motion to Compel In Camera Review of Sgt. Booker's Personnel File and Plaintiff's Motion to Compel Production of Documents, the NLV Defendants need additional time to perform an investigation prior to filing a

4835-1050-6854.1

responsive pleadings. This is the NLV Defendants first request to extend this deadline, which is made in good faith and not for purposes of delay.

Dated this 23rd day of May, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 23rd day of May, 2018.

PETER GOLDSTEIN LAW CORPORATION

*/s/ Peter Goldstein*
Peter Goldstein, Esq.
Nevada Bar No. 6992
10795 West Twain Avenue, Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of May, 2018.

_____
U.S. MAGISTRATE JUDGE

4835-1050-6854.1

2