Peter Goldstein, SBN 6992
**LAW OFFICES OF PETER GOLDSTEIN**
10795 West Twain Avenue, Ste. 110
Las Vegas, Nevada 89135
Email: peter@petergoldsteinlaw.com
Tel: (702) 474-6400
Fax: (888) 400-8799

Attorney for Plaintiff
PHILLIP MURRY

# UNITED STATES DISTRICT COURT

# DISTRICT COURT FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| PHILLIP MURRY,<br>        Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; SGT. MICHAEL BOOKER; and DOES 1-10, inclusive,<br><br>        Defendants. | **Case No. 2:17-cv-00157-APG-CWH**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE HIS REPLY TO OPPOSITION OF CITY OF NORTH LAS VEGAS AND SGT. MICHAEL BOOKER'S TO PLAINTIFF'S MOTION TO COMPEL FROM JUNE 1 TO JUNE 5, 2018** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Phillip Murry and Defendants, City of North Las Vegas and Sgt. Michael Booker, by and through their respective undersigned counsel, and stipulate as follows: The due date for the Plaintiff's Reply to Opposition of Defendants to Plaintiff's Motion to Compel is extended from June 1, 2018, to June 5, 2018.

**Reason for the Extension:**

Because of the work required to oppose Defendants Motion for Summary Judgment due on June 1, 2018 Plaintiff needs additional time to file his reply to the

4838-1015-6380.1                                          1

opposition.  This is Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

| Dated: 6/1/2018 | Dated: 6/1/2018 |
| --- | --- |
| LAW OFFICES OF PETER GOLDSTEIN | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| BY: /s/ Peter Goldstein<br>Peter Goldstein Esq.,<br>Bar No. 6992<br>10795 West Twain Ave., Ste. 110<br>Las Vegas, NV 89135 | BY: /s/ Robert Freeman<br>Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>Noel E. Eidsmore, Esq.<br>Nevada Bar No. 7688<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Attorneys for Defendants |

## **ORDER**

IT IS SO ORDERED.

Dated this __4__ day of ____June____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE