ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| PHILLIP MURRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS POLICE DEPARTMENT; SGT. MICHAEL BOOKER; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:17-cv-157-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS CITY OF NORTH LAS VEGAS, AND SGT. MICHAEL BOOKER'S REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Phillip Murry and Defendants, City of North Las Vegas and Sgt. Michael Booker, by and through their respective undersigned counsel, and stipulate as follows:

The due date for the NLV Defendants' Reply in Support of Defendants' Motion for Summary Judgment (ECF No. 29) be extended from June 18, 2018, to June 25, 2018.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Opposition to Defendants' Motion for Summary Judgment Defendants need additional time to perform an investigation prior to filing a responsive pleading. This is the NLV Defendants first request to extend this deadline,

…

…

…

…

…

4839-2292-9769.1

which is made in good faith and not for purposes of delay.

| Dated this 14th day of June, 2018. | Dated this 14th day of June, 2018. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | PETER GOLDSTEIN LAW CORPORATION |
| */s/ Robert W. Freeman* <br> Robert W. Freeman, Esq. <br> Nevada Bar No. 3062 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorney for Defendants* | */s/ Peter Goldstein* <br> Peter Goldstein, Esq. <br> Nevada Bar No. 6992 <br> 10795 West Twain Avenue, Suite 110 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2018.

_____
U.S. DISTRICT COURT JUDGE